### 53396. NYLEN v. TIDWELL.

BELL, Chief Judge.

This is an appeal from an order holding the appellant in contempt of court for repeatedly asking the same question to a juror on voir dire and which had been previously answered by the juror, despite the trial judge's admonitions to cease and to move on to another area; and for making the following statement to the court: "I insist on one more answer."

The appellant's conduct in persisting in examining the juror authorized the finding that appellant was in contempt. See *Crudup v. State,* 218 Ga. 819 (130 SE2d 733). In contempt cases if there is any substantial evidence authorizing a finding that the party charged was guilty of contempt, and the trial judge so finds, his judgment must be affirmed insofar as the sufficiency of the evidence is concerned. *Pedigo v. Celanese Corp. of America,* 205 Ga. 392 (3) (54 SE2d 252).

*Judgment affirmed. McMurray and Smith, JJ., concur.*

ARGUED JANUARY 31, 1977 — DECIDED
FEBRUARY 9, 1977.

*Stanley H. Nylen,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.